IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR GASTELUM,<br><br>  Plaintiff,<br><br>  v.<br><br>BUTTE COUNTY, et al.,<br><br>  Defendants. | No.  2:24-CV-1425-DMC<br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this civil action.  Upon reassignment of the case to the undersigned pursuant to the consent of the parties, the matter is set for a further status/scheduling conference before the undersigned on October 16, 2024, at 1:30 p.m., via Zoom for the purpose of setting this matter for a final pre-trial conference and trial.  On or before October 9, 2024, the parties shall meet and confer and file with the Court a <u>joint</u> scheduling conference statement with proposed dates for the final pre-trial conference and commencement of trial.

      IT IS SO ORDERED.

Dated:  September 19, 2024

                                                _____<br>
                                                DENNIS M. COTA<br>
                                                UNITED STATES MAGISTRATE JUDGE