IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR GASTELUM, et al., | No. 2:24-CV-1425-DMC |
| Plaintiffs, | |
| v. | ORDER |
| BUTTE COUNTY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Defendants' motion to modify the schedule for this case. See ECF No. 30. Plaintiffs have filed a statement of non-opposition. See ECF No. 32. Good cause appearing therefor, Defendants' unopposed motion will be granted insofar as the Court will vacate deadlines related to expert discovery, such deadlines to be re-set at a further scheduling conference once newly added defendants have appeared in the action. The Court does not at this time find it necessary to vacate the dispositive motion hearing deadline, the pre-trial conference, or the trial dates in this case. These dates can be adjusted, if necessary, following discussions with all counsel at a further scheduling conference to be set by separate order.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows

1. Defendants' unopposed motion to modify the case schedule, ECF No. 30, is granted in part.

2. All deadlines associated with expert discovery, including the expert witness designation deadlines and the expert discovery completion deadline, are vacated.

3. After such time as newly added defendants appear in the action, the Court will set a further scheduling conference by separate order.

4. Pending discussions with counsel at a further scheduling conference, the dispositive motion hearing deadline, the pre-trial conference, and the trial dates shall remain in place.

Dated:  December 1, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE