**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR GASTELUM, et al.,<br>Plaintiffs,<br>v.<br>BUTTE COUNTY, et al.,<br>Defendants. | No. 2:24-CV-1425-DMC<br><br>ORDER |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is Plaintiffs' motion for leave to file supplemental briefing and exhibits. See ECF No. 55. Good cause appearing therefor, Plaintiffs' motion will be granted, supplemental briefing will be permitted, and the hearing set for August 19, 2026, on Defendants' motion for summary judgment will be vacated.

The procedural history of this case is somewhat complicated and, as it is well known to the parties, will not be repeated here. Relevant to the motion currently before the court and addressed in this order, Defendants Butte County, Tristan Harper, and Matrick McNelis (the County Defendants) filed their motion for summary judgment on May 15, 2026, with a hearing noticed for August 12, 2026, before the undersigned. See ECF No. 51. The County Defendants subsequently re-noticed their motion for hearing on August 19, 2026. See ECF No. 52. Plaintiffs filed their opposition on May 29, 2026. See ECF No. 53. The County Defendants filed their

reply on June 8, 2026. See ECF No. 54. With their reply brief, the County Defendants also filed objections to Plaintiffs' evidence, see ECF No. 54-1. Plaintiffs now seek leave to file a supplemental brief and declaration with exhibits in response to Defendants' objections. See ECF No. 55. Submitted with Plaintiffs' motion are the proposed supplemental brief, declaration, and exhibits. See ECF Nos. 55-1, 55-2, and 55-3. The County Defendants oppose Plaintiffs' motion. See ECF No. 56.

As the County Defendants acknowledge, Eastern District of California Local Rule 230(m) permits the filing of supplemental materials after the close of traditional briefing where the court so permits. For the good of the record, and to afford all parties the fullest opportunity to be heard, the Court finds good cause to permit Plaintiffs' supplemental filings in this case. The Court will also provide the County Defendants the last word in support of their motion for summary judgment by permitting a response to Plaintiffs' supplemental filings allowed by this order. The August 19, 2026, hearing will be vacated and the County Defendants' motion for summary judgment shall stand submitted on the papers pending submission of the County Defendants' final filing, subject to being re-set should the Court determine, upon review of the complete file, that a hearing is necessary.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' motion to permit supplemental briefing, ECF No. 55, is granted and the filings at ECF Nos. 55-1, 55-2, and 55-3 are deemed properly before the Court.

2. The County Defendants may file a response to Plaintiffs' supplemental filings permitted by this order within 14 days of the date of this order.

3. The hearing set for August 19, 2026, at 10:00 a.m., before the undersigned is vacated and the County Defendants' motion for summary judgment will stand submitted on the papers and file upon completion of supplemental briefing.

Dated: August 11, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE