**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR GASTELUM,<br>Plaintiff,<br>v.<br>BUTTE COUNTY, et al.,<br>Defendants. | No. 2:24-cv-1425-ICD<br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On the Court's own motion, the pre-trial conference and trial dates set for this case are vacated and the matter is set for a hearing before the undersigned on Defendants' motion for summary judgment, which is now fully briefed. If appropriate upon resolution of Defendants' motion for summary judgment, the matter will be set for a further scheduling conference to reset dates for a final pre-trial conference and commencement of a jury trial.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The pre-trial conference, currently set for October 15, 2026, at 9:00 a.m., in Sacramento, California, is vacated.

2. The jury trial, currently set to commence on November 16, 2026, at 9:00 a.m., in Sacramento, California, is vacated.

3. All dates associated with filing of pre-trial statements and motions in limine are vacated.

/ / /

/ / /

/ / /

/ / /

4. Defendants' motion for summary judgment, which is fully briefed, is set for hearing before the undersigned in Redding, California, on October 15, 2026, at 10:00 a.m.

Dated: September 22, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE