LAW OFFICE OF JOSEPH DAVID MANUEL
Joseph David Manuel, Esq. (Bar No. 305006)
josephdm@jdmanlaw.com
4010 Truxel Road, Ste. 175
Sacramento, CA 95834
Telephone: (916)504-2620
Facsimile: (916)264-9458
Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

CESAR GASTELUM et al.,

Plaintiff,

v.

BUTTE COUNTY, et al.,

Defendants.

Case No.: 2:24-cv-01425-ICD

**ORDER GRANTING PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE BY VIDEO CONFERENCE**

Hearing Date: October 15, 2026
Time: 10:00 a.m.
Judge: Hon. Ila C. Deiss, U.S. Magistrate Judge
Location: Redding, California

Having considered Plaintiff's Request for Remote Appearance by Video Conference, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's request is GRANTED. Any party may appear by video conference at the October 15, 2026, 10:00 a.m. hearing on Defendants' motion for summary judgment, in compliance with Local Rule 174(a).The Court will provide the parties with connection information separately.

IT IS SO ORDERED.

Dated: October 6, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE